(October 20, 1983)

■ SINGER COMPANY, Respondent, v MORRIS FURMAN et al., Appellants. — Order and judgment (one paper), Supreme Court, New York County (Bernard Nadel, J.), entered on December 2, 1982, unanimously affirmed for the reasons stated at Special Term. Respondent shall recover of appellants $75 costs and disbursements of this appeal. Concur — Kupferman, J. P., Sandler, Sullivan, Bloom and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUDY HEATH, Appellant. — Judgment, Supreme Court, New York County (Milton Williams, J.), rendered on January 26, 1983, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.*) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Sandler, Sullivan, Bloom and Alexander, JJ.

■ JENNIFER SGOBBO, Appellant, v GEORGE ARDITI et al., Respondents. — Order, Supreme Court, Bronx County (Louis Fusco, Jr., J.), entered on February 4, 1983, unanimously affirmed. Respondents shall recover of appellant $50 costs and disbursements of this appeal. The appeal from the order of said court entered on January 21, 1983, is dismissed as having been subsumed in the appeal from the order entered on February 4, 1983, without costs and without disbursements. No opinion. Concur — Ross, J. P., Carro, Asch, Milonas and Kassal, JJ.

■ In the Matter of FRANK R. TRICARICO et al., Petitioners, v ROBERT J. McGUIRE, as Police Commissioner of the City of New York, et al., Respondents. — Determination of respondents dated on or about June 15, 1982, unanimously confirmed, without costs and without disbursements. The clerk is directed to enter judgment in favor of respondents, confirming the determination. No opinion. Concur — Ross, J. P., Carro, Asch, Milonas and Kassal, JJ.

■ The People of the State of New York, Respondent, v ANGEL PACHECO, Appellant. — Judgment, Supreme Court, New York County (Burton Roberts, J.), rendered on December 13, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.*) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Ross, J. P., Carro, Asch, Milonas and Kassal, JJ.